ISAIAH T. WILLIAMS, Respondent, *v.* JOHN ANDERSON, Appellant.

(Submitted January 12, 1875; decided May term, 1875.)

DECIDED upon the facts in the case.

*William Girod* for the appellant.

*I. O. Williams* for the respondent.

DWIGHT, C., reads for affirmance.
All concur.
Judgment affirmed.

---

PETER GOELET et al., Respondents, *v.* PAUL N. SPOFFORD et al., Appellants.

THE SAME, Respondents, *v.* THE SAME, Appellants.

*C. J. De Witt* for the respondents.

Affirmed by default.